FRANK D. GRANATO, ESQ., BAR #97585
**LAW OFFICES OF FRANK D. GRANATO**
333 S. Anita Dr., Suite 815
Orange, California 92868
Telephone:   (714) 547-3361
Facsimile:   (714) 547-4919
E-Mail: fgranato@411legal.com

Attorney for Defendants Edgar Cruz
dba EZ Audio and Richard S. Cordero

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLAND,<br><br>         Plaintiff,<br><br>vs.<br><br>EDGAR CRUZ D/B/A EZ AUDIO;<br>RICHARD S. CORDERO; and DOES 1 to 10,<br><br>         Defendants. | Case No.  2:25-cv-01673-MWC-SK<br><br>**STIPULATION OF DISMISSAL**<br><br>[Assigned to HON. MICHELLE WILLIAMS]<br><br>**[FRCP 41(A)]** |

Plaintiff Jeremy Holland and Defendant Edgar Cruz dba EZ Audio and Richard S. Cordero hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: 5/13/2025

**SO. CAL. EQUAL ACCESS GROUP**

By: /s/ Jason J. Kim
       Jason J. Kim, Esq.
       Attorneys for Plaintiff Jeremy Holland

Dated: May 13, 2025

**LAW OFFICES OF FRANK D. GRANATO**

By: /s/ Frank Granato
       Frank D. Granato, Esq.
       Attorney for Defendants Richard S. Cordero

---

1
**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**